Motion by Evan Kent for leave to appear amicus curiae on the appeal herein denied.

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAMELA HANSON, Appellant.

Submitted August 5, 2013; decided August 22, 2013

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER JACKSON, Appellant.

Submitted July 1, 2013; decided August 22, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEOFILO LOPEZ, Also Known as GARCIA LOPEZ, Also Known as ISIDORO GARCIA, Appellant.

Submitted August 5, 2013; decided August 22, 2013

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFFRIN MCNEILL, Appellant.

Submitted August 5, 2013; decided August 22, 2013

